United States District Court
Southern District of Texas
**ENTERED**
March 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL CROWLEY, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 2:23-CV-00201 |
| | § |
| BRYAN COLLIER, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is Plaintiff's Motion Requesting Certification of Class (D.E. 8). On February 16, 2024, United States Magistrate Judge Mitchel Neurock issued a Memorandum and Recommendation of United States Magistrate Judge (M&R, D.E. 28), recommending that Plaintiff's motion be denied as moot. Plaintiff filed his objections (D.E. 34) on March 6, 2024.[1]

The M&R simply states that, after filing the motion to certify, Plaintiff amended his complaint and omitted any pleadings supporting any intention to proceed as a class action. D.E. 28. This rendered the motion moot. *Id*. Plaintiff's objection does not point out any error in that legal analysis but merely states that the omission of the pleading was

---

[1] Currently, there are two Memoranda and Recommendations pending in this case. Plaintiff filed a single set of objections which are ostensibly directed to the other Memorandum and Recommendation (D.E. 29). Nonetheless, the Court reviewed the objections in this current proceeding and discovered that they contained a single objection to the current M&R (D.E. 28). *See* D.E. 34, p. 17.

inadvertent. If that is the case, Plaintiff's remedy is to seek leave to amend the complaint to include the necessary allegations. The objection is **OVERRULED**.

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's Memorandum and Recommendation, as well as Plaintiff's objection, and all other relevant documents in the record, and having made a de novo disposition of the portions of the Magistrate Judge's Memorandum and Recommendation to which objections were specifically directed, the Court **OVERRULES** Plaintiff's objection and **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's motion requesting class certification (D.E. 8) is **DENIED**.

**ORDERED** on March 21, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE